**REAVES LAW GROUP**
A PROFESSIONAL CORPORATION
7310 North 16th Street, Suite 227
Phoenix, Arizona 85020
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves
dreaves@reaves-law.com
State Bar No. 011677

Misty W. Weigle
mweigle@reaves-law.com
State Bar No. 027222

Attorneys for David M. Reaves,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No.: 2-22-bk-05749-EPB |
| ALEXIS BROOKE MCCOY, | Adversary No. |
| Debtors. | Chapter 7 |
| _____ | **COMPLAINT FOR REVOCATION** |
| DAVID M. REAVES, Chapter 7 Trustee, | **OF DEBTOR'S DISCHARGE** |
| Plaintiff, | |
| v. | |
| ALEXIS BROOKE MCCOY, | |
| Defendant. | |

Plaintiff David M. Reaves, the duly appointed Chapter 7 trustee herein ("Plaintiff"), alleges for his complaint against Defendant Alexis Brooke McCoy ("Defendant"), as follows:

1. This adversary proceeding is brought in connection with the above-captioned case pending under Chapter 7 of Title 11, U.S.C.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157, and 11 U.S.C. § 727. This adversary proceeding is a "core" proceeding pursuant to 28 U.S.C. § 157(b).

3. Plaintiff is the duly appointed Chapter 7 trustee herein.

4. Defendant is the debtor herein. Defendant filed her Voluntary Chapter 7 Petition on August 22, 2022 [Dkt. No. 1].

5. Defendant received her discharge on or about December 12, 2022 [Dkt. No. 15].

6. Defendant has failed to turn over to Trustee, on behalf of the estate, copies of the Debtor's 2022 federal and state income tax returns, and any refunds resulting from the filing of the 2022 federal and state income tax returns ("Tax Refunds").

7. On November 1, 2023, Plaintiff filed *Trustee's Motion to Compel Turn Over* in connection with the Tax Refunds [Dkt. No. 20].

8. On December 6, 2023, this Court entered the *Order Granting Trustee's Motion to Compel Turn Over* (the "Order") [Dkt. No. 25]. Pursuant to the terms of the Order, the Defendant was to turn over the Tax Refunds to Plaintiff, on behalf of this estate, on or before January 2, 2024.

9. Defendant has failed to comply with this Court's Order.

10. Pursuant to 11 U.S.C. § 727(d)(3), on request of the trustee and after notice, the court shall revoke a discharge granted under 11 U.S.C. § 727(a), if the debtor refuses to obey any lawful order of the court.

11. Defendant has failed to obey the *Order Granting Trustee's Motion to Compel Turn Over*.

12. Accordingly, Defendant's discharge should be revoked pursuant to 11 U.S.C. § 727(d)(3).

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

A. For a determination that Defendant's discharge be revoked pursuant to 11 U.S.C. § 727(d)(3);

B. For Plaintiff's attorneys' fees and costs incurred herein; and

C. For such other and further relief as the Court deems just and proper.

DATED this 22nd day of January, 2024.

                                          REAVES LAW GROUP

                                          By: */s/ Misty W. Weigle* (SBN 027222)
                                                David M. Reaves
                                                Misty W. Weigle,
                                                Attorneys for Chapter 7 Trustee,
                                                David M. Reaves